UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(d)(1) |
| v. | ) | 18 U.S.C. § 924(e) |
| | ) | 28 U.S.C. § 2461(c) |
| RAYJON MATTHEW WILLIS, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Felon in Possession of a Firearm—Armed Career Criminal)

On or about July 6, 2022, in the State and District of Minnesota, the defendant,

**RAYJON MATTHEW WILLIS**,

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, and at least three of which were violent felonies committed on occasions different from one another:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Assault 3rd Degree – Substantial Bodily Harm | St. Louis County, MN | October 9, 2012 |
| Assault 2nd Degree – Dangerous Weapon | Hennepin County, MN | July 10, 2014 |


SCANNED
JUL 20 2022
U.S. DISTRICT COURT MPLS

*U.S. v. Rayjon Matthew Willis*

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Drugs 5th Degree | Hennepin County, MN | July 19, 2016 |
| Domestic Assault - Strangulation | St. Louis County, MN | March 9, 2020 |
| Violate No Contact Order | Itasca County, MN | December 30, 2020 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a Ruger model LCP .380 caliber semiautomatic pistol bearing serial number 372418731; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

As a result of the forgoing offense, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in or used in any knowing violation of Sections 922(g) and 924(e)(1), including a firearm, namely the Ruger model LCP .380 caliber semiautomatic pistol bearing serial number 372418731 charged in Count 1 of the Indictment, together with ammunition, all in violation of Title

*U.S. v. Rayjon Matthew Willis*

18, United States Code, Sections 922(g)(1), 924(e)(1), and 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY            FOREPERSON